229 So.2d 731

## DIXIE PIPELINE COMPANY

### v.

### Amilcar J. TROSCLAIR.

### No. 50212.

Jan. 9, 1970.

In re: Dixie Pipeline Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 227 So.2d 13.

Writ refused. On the facts found by the Court of Appeal the result is correct.